■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANE GONZALEZ, Appellant. [639 NYS2d 386]

Defendant's guilt was proven by legally sufficient evidence and the verdict was not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490).

The court's pre-voir dire instructions to the jury do not require reversal. Although the court was ill-advised in going into unnecessary detail as to the evidence that the prosecutor intended to offer at trial and the possibility of a "contrary" view, the court's additional explicit instructions to the jurors, that the evidence will come "from the witness stand * * * not me" and that a defendant in a criminal case has no burden to prove anything, were sufficient to dispel any prejudice to defendant. The court did not give the jurors a list of the elements of the charges (*cf., People v Townsend*, 67 NY2d 815), and the court's preliminary instructions were otherwise balanced (*cf., People v Compton*, 119 AD2d 473).

We perceive no abuse of discretion in sentencing. Concur—Rosenberger, J. P., Ellerin, Rubin and Nardelli, JJ.